

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2016

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** and Robert Valdespino as Trustee, Et al.,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file its brief is granted. Appellee's brief is accepted as filed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court